IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| S.W., individual and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 23-00351-CV-W-JAM ) |
| AETNA INTERNATIONAL, LLC., et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Notice of Partial Voluntary Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiff's counsel seeking dismissal against the Aetna defendants (Doc. 7), and before such Defendants having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice as to Defendants: Aetna International, LLC; Aetna, Inc.; Aetna Health Management, Inc.; Aetna Health, Inc.; Aetna Corporate Services, LLC; and Aetna Resources, LLC. Each party shall bear their own costs and fees. It is further

ORDERED that the action against Defendant NationsBenefits, LLC and Defendant NationsBenefits Holdings, LLC, remains pending.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE

1